# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW MEXICO

In Re:

DOUGLAS F. VAUGHAN,

     Debtor(s).                        No. 10-10763-s11

## AMENDED APPOINTMENT OF A COMMITTEE OF
## NOTE HOLDERS IN A CHAPTER 11 CASE

The Appointment of Note Holders in a Chapter 11 Case, filed March 23, 2010 by the United States Trustee, is hereby amended due to the resignation of Robert Holt Mallory on March 24, 2010. Robert Holt Mallory will be replaced by Robert P. Baldinell, who has agreed to serve as of March 24, 2010 (contact information below). The following persons, selected from noteholder creditors who are willing to serve, are hereby appointed to the committee of noteholders pursuant to 11 U.S.C. 1102(a)(1):

1. Janice Dorn, M.D.
   3104 E. Camelback Rd., #255
   Phoenix, AZ 85016
   (602) 944-4344
   bcoached@cox.net

2. Stephen C. Johnson
   973 Camino Hermosa
   Corrales, N.M. 87048
   (505) 944-6790
   steviej50@comcast.net

3. Richard Gnekow
   4404 Brian N.W.
   Albuquerque, NM 87114
   (505) 897-1987
   Meadowlarkwest@aol.com

4. Robert P. Baldinell
   150 Camino Barranca
   Placitas NM 87043
   (505) 867-0127

baldinell2007@msn.com

5.  John M. Saavedra
    2627 Los Tretos, N.W.
    Albuquerque, NM 87102
    (505) 831-5796
    (505) 250-6511 (cell)
    jmsaav@MSN.com

        RICHARD A WIELAND
        United States Trustee

        <u>//s// electronically filed 3/31/10</u>
        ALICE NYSTEL PAGE
        Trial Attorney
        P. O. Box 608
        Albuquerque, NM 87103
        (505) 248-6548

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above pleading was filed electronically on the 31st day of March, 2010. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, including attorneys for debtor listed below and via US mail, postage prepaid to the above listed parties. All parties may access this filing through the Court's system.

<u>*Alice Nystel Page*</u>
ALICE NYSTEL PAGE
Trial Attorney

**Charles N. Curlett, Jr.**
500 East Pratt Street
Baltimore, MD 21202-3133
410-332-8600
Fax : 410-332-8862

**Robert Gorence**
201 12th Street NW
Albuquerque, NM 87102
505-244-0214
Fax : 505-244-0888

**Shay E Meagle**
1903 Wyoming Blvd. Ste. B
Albuquerque, NM 87112
505-503-7651